

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2019

No. 04-19-00593-CR

Ramon **AYALA**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 567926
Honorable Michael De Leon, Judge Presiding

# O R D E R

The reporter's record was due on September 25, 2019, but has not been filed. On September 25, 2019, the court reporter filed a notification of late record, notifying this court that the reporter's record was not filed when it was originally due because appellant failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee. It is therefore **ORDERED** that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, this court will set a thirty-day deadline for appellant to file his brief, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2019.



LUZ ESTRADA,
Chief Deputy Clerk